UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Plaintiff |
| V. | Civil Action No. 3-68-CV4256 |
| **FRANKLIN COUNTY SCHOOL DISTRICT** | Defendants |

### REPORT OF THE FRANKLIN COUNTY SCHOOL DISTRICT
### (2016-2017)

COMES NOW, the Defendant, the Franklin County School District, pursuant to the Order of the United States Court of Appeals for the Fifth Circuit dated March 30, 1970, and reports data from the 2016-2017 school year as follows:

### I.

(a) The number of students by race enrolled in the Franklin County School District:

| | | | |
|---|---|---|---|
| Asian | 6 | | |
| Black | 582 | | |
| Native American | 3 | | |
| Pacific Islander | 1 | | |
| Two or More | 15 | | |
| White | 734 | Total | 1341 |

(See also Attachment 1.)

(b) The number of students by race enrolled in each school of the Franklin County School District:

**Franklin Lower Elementary**

| | |
|---|---|
| Black | 203 |
| Two or More | 8 |

White            237    Total   448

**Franklin Upper Elementary**

Asian             2
Black             132
Two or More   2
White            183    Total   319

**Franklin Middle School**

Asian             1
Black             82
Native American   1
Pacific Islander   1
Two or More   2
White            111    Total   198

**Franklin High School** [1]

Asian             3
Black             165
Native American   2
Two or More   3
White            203    Total   376

**(See also Attachment 2.)**

(c) The number of students by race enrolled in each classroom in each school in the Franklin County School District:

Lower Elementary School: (See Attachment 3.)

Franklin Upper Elementary School: (See Attachment 4.)

Franklin Middle School: (See Attachment 5.)

Franklin High School: (See Attachment 6.)

---

[1] Includes students enrolled in Franklin County Career & Technical Center.

**II.**

(a) The number of full time teachers by race in the Franklin County School District: [2]

    Black        39
    Other       1
    White      111
    Total       151

(See also Attachment 7.)

(b) The number of full time teachers by race in each school in the Franklin County School District: [3]

**Franklin Lower Elementary School:**

    Black        20
    Other       1
    White      32
    Total       53

**Franklin Upper Elementary School:**

    Black        8
    White      22
    Total       30

**Franklin Middle School:**

    Black        2
    White      19
    Total       21

**Franklin High School:**

    Black        9
    White      38
    Total       47

(See also Attachment 7.)

---

[2] Although the March 1970 Order refers only to "teachers" being reported in the District's annual reports, the District's Plan requires that all employees who "work directly with children" be reviewed; therefore, the District has included additional categories of employees in this report. The categories are listed in Attachment 7.
[3] See Footnote 2, above.

(c) The number of part-time teachers by race in the Franklin County School District:[4]

    Black              0
    White           4     Total  4

(See also Attachment 7.)

(d) The number of part-time teachers in each Franklin County School:[5]

**Franklin Lower Elementary School:**

    Black              0
    White           2     Total  2

**Franklin Upper Elementary School:**

    Black              0
    White           1     Total  1

**Franklin Middle School:**

    Black              0
    White           0     Total  0

**Franklin High School:**

    Black              0
    White           2     Total  2

(See also Attachment 7.)

### III.

**Describe the requests and the results which have accrued, by race, under the majority to the minority transfer provision which was a part of this court's order of November 7, 1969.**

    None. The Franklin County School District has one Lower Elementary School, one Upper Elementary School, one Middle School, and one High School.

---

[4] See Footnote 2, above.
[5] See Footnote 2, above.

# IV.

**State the number of inter-district transfers granted since this court's order of November 7, 1969, the race of the students who were granted such transfers, and the school district to which the transfers were allowed.**

The number of Franklin County School District (2016-2017) transfers:

Into the Franklin County School District

| | | | |
|---|---|---|---|
| Asian | 1 | | |
| Black | 14 | | |
| White | 35 | Total | 50 |

Out of the Franklin County School District

| | | | |
|---|---|---|---|
| White | 63 | Total | 63 |

School Districts to which transfers were allowed:

3 White – Brookhaven School District
60 White – Lincoln County School District

**(See also Attachment 8.)**

# V.

**State whether the transportation system, if any, in the district is desegregated to the extent that Negro and white students are transported daily on the same buses.**

Black and white students are transported daily on the same buses. The buses are integrated. Transportation routes are designed without regard to the race of the student.

# VI.

**State whether all facilities such as gymnasiums, auditoriums, and cafeterias are being operated on a desegregated basis.**

All Franklin County School District facilities are completely integrated, including gymnasiums, auditoriums, and cafeterias.

## VII.

**Give brief description of any present or proposed construction or expansion of facilities.**

The Franklin County School District has no present plans for construction or expansion of facilities.

## VIII.

**(a) State whether the school board has sold or abandoned any school facility, equipment, or supplies having a total of more than $500.00 since this court's order of November 7, 1969.**

The Franklin County School District has not sold or abandoned any school facility, totaling more than $500.00 since this court's order of November 7, 1969. The Franklin County School District maintains a fixed asset system for equipment and supplies in compliance with Miss. Code Ann. § 37-37-1 and regulations of the Mississippi Department of Audit.

## IX.

**(a) State whether there is a bi-racial advisory committee to the school board in the school district.**

The Franklin County School District has a bi-racial Title I Committee that serves the Franklin County School District and the Franklin County School Board. The Franklin County School Board is also bi-racial, consisting of three whites and two blacks.

**(Also see Attachment 9.)**

**(b) If so, state whether the bi-racial advisory committee has submitted recommendations to the board of education.**

The Franklin County School District Title I Committee meets annually and reviews federal program applications. School-wide plans are developed by each school with input from the Title I Committee and are submitted to the Franklin County School Board by the Federal Programs Director.

(Also see Attachment 9.)

**(c) If so, state the number and disposition of such recommendations.**

The Franklin County School District Title I Committee consists of the Federal Programs Director, School Administrators, Teachers, Assistants, Parents, and Community Leaders. Needs Assessments are conducted yearly to gain input for school-wide plans which are used in development of goals for each school year. Thereafter, all recommendations are acted on by the Franklin County Board of Education.

(Also see Attachment 9.)

**(d) If a bi-racial committee is in existence, state briefly the areas of the education process in which the bi-racial committee is to function.**

The Franklin County School District Title I Committee assists in the areas of the education process in student achievement, school finance, and public relations. Needs Assessments, conducted yearly, are the driving force for indications of weakness and strengths in student achievement. The Franklin County School District Title I monies are utilized to help address weaknesses for students of all races. In Franklin County, Mississippi, which is a sparsely populated, rural county, the Franklin County School

District Title I Committee also assists as a liaison between school and individuals of all races.

**(Also see Attachment 9.)**

> Respectfully submitted,
>
> FRANKLIN COUNTY SCHOOL DISTRICT
>
> S/ LANE B. REED

**PREPARED BY:**

**LANE B. REED**
**MISS BAR NO. 10002**
**McGEHEE, McGEHEE & TORREY**
**ATTORNEYS AT LAW**
**POST OFFICE BOX 188**
**MEADVILLE, MISSISSIPPI 39653**
**TELEPHONE: 601-384-2343**
**FACSIMILE: 601-384-5442**
**ELECTRONIC MAIL: mmtlaw@mmtlaw.net**


**HOLMES S. ADAMS**
**MISSISSIPPI STATE BAR NO. 1126**
**ELIZABETH LEE MARON**
**MISSISSIPPI STATE BAR NO. 10133**
**ADAMS AND REESE LLP**
**1018 HIGHLAND COLONY PARKWAY, SUITE 800**
**RIDGELAND, MISSISSIPPI 39157**
**HOLMES S. ADAMS TELEPHONE: 601-292-0723**
**ELIZABETH LEE MARON TELEPHONE: 601-292-0719**
**FACSIMILE: 601-355-9708**
**HOLMES S. ADAMS EMAIL: holmes.adams@arlaw.com**
**ELIZABETH LEE MARON EMAIL: elizabeth.maron@arlaw.com**

# CERTIFICATE OF SERVICE

I, Lane B. Reed, McGehee, McGehee & Torrey, one of the attorneys of record for the Franklin County School District, do hereby certify that I have this day filed a true and correct copy of the above and foregoing **REPORT OF THE FRANKLIN COUNTY SCHOOL DISTRICT (2016-2017)** via the Electronic Case Files ("ECF") system that served copies upon the following:

>Ceala Breen-Portnoy
>United States Department of Justice
>Civil Rights Division
>Educational Opportunities Section
>950 Pennsylvania Avenue NW, PHB 4300
>Washington, DC 20530
>Overnight:
>601 D Street, NW, Suite 4300
>Washington, D.C. 20004
>ceala.breen-portnoy@usdoj.gov
>
>
>Mitzi Dease Paige
>Assistant United States Attorney
>501 East Court Street, Suite 4.430
>Jackson, Mississippi 39201
>Mitzi.paige@usdoj.gov

And by electronic mail to Department of Justice counsel:

Thomas E. Wheeler, II
Acting Assistant Attorney General
Tom.Wheeler@usdoj.gov

Shaheena Ahmad Simons, Chief
United State Department of Justice
Educational Opportunities Section

Shaheena.Simons@usdoj.gov

Renee Wohlerhaus
U. S. Department of Justice
Civil Rights Division
Educational Opportunities Section
950 Pennsylvania Avenue NW, PHB 4300
Washington, DC 20530
Overnight:
601 D Street, NW, Suite 4300
Washington, D.C. 20004
Renee.Wohlerhaus@usdoj.gov

And by electronic mail to Amicus Counsel:

Fred L. Banks, Jr.
Phelps Dunbar
4270 I-55 North
Post Office Box 16144
Jackson, Mississippi 39236-6114
banksf@phelps.com

Rachel M. Kleinman
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, New York 10013
RKleinman@naacpldf.org

SO CERTIFIED, this the 2nd day of June, 2017.

S/ LANE B. REED