IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA          PLAINTIFF

v.                                Civil Action No. 3:68-cv-04256-HTW-LRA

FRANKLIN COUNTY SCHOOL
DISTRICT, et al.                  DEFENDANTS

## OBJECTION OR COMMENT FORM

I wish to make the following objection to or comment about the Franklin County School District's motion for declaration of unitary status and for dismissal of the case. I understand that I must mail my written objection or comment to the United States Federal Courthouse, 501 E. Court Street, Suite 2.500, Jackson, Mississippi, 39201, and that it must be postmarked no later than July 14, 2017 and that a fairness hearing is set on <u>August 7, 2017</u>, at <u>10:00 a.m.</u>, at the United States Federal Courthouse, 501 E. Court Street, Jackson, Mississippi, before United States District Judge Henry T. Wingate. I understand that I need not appear at the fairness hearing for the Court to consider my objection or comment. I also understand that before the Court may allow me to speak briefly at the fairness hearing, my written objection or comment must have been received by the Court and be postmarked on or before July 14, 2017.

United States v. Franklin County School District; 3:68-cv-04256-HTW-LRA

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

**EXHIBIT B: OBJECTION OR COMMENT**

My Name is Robert W. Fleming president of the Franklin County NAACP. My Objection to the Franklin County School District getting unitary status is this: In the initial order where the School District Moved for a declaration of unitary status in the desegregation case, Under "Legal Standard" Item Number (10), 1 and 2. We feel that the School District has not fully complied with the Court's decrees for a reasonable period of time and descrimination still exist's within the system. The District has not demonstrated a good-faith commitment to the whole of the Court's decrees and to those (See Attachment)

Date(s) of incident(s) described above: _____

Printed Name  Pastor Robert W. Fleming
Signature  Robert W Fleming
Address  117 Butler ST SE
McCall Creek, MS 39647
Telephone  601-597-7015

**Check as appropriate:**

My race is: ✓ African-American;  ____ Caucasian;  ____ Other

____ I have children who now attend the Franklin County School District
✓ I have children who attended the Franklin County School District in the past.
____ I am a current employee of the Franklin County School District.
____ I am not currently employed by Franklin County School District but I have been employed there in the past.
____ I have applied for employment with the Franklin County School District but have never been employed by the District.

provisions of the law and the constitution that were the predicate for judicial intervention in the first instance. According to section III. of the Desegregation Plan For The Franklin County School District "Desegregation of Faculty And Other Staff." Part 1 pages 136 and 138 we feel have not been met. I also have recorded incident's of various injustice's in the distict. I attest that i have true and accurate reports of whaat has been reported by staff, students, and parents from within the district. My e-mail address is rfleming1961@yahoo.com