

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

v.                                                Civil Action No. 3:68-cv-04256-HTW-LRA

**FRANKLIN COUNTY SCHOOL
DISTRICT, et al.**                                      **DEFENDANTS**

## OBJECTION OR COMMENT FORM

I wish to make the following objection to or comment about the Franklin County School District's motion for declaration of unitary status and for dismissal of the case. I understand that I must mail my written objection or comment to the United States Federal Courthouse, 501 E. Court Street, Suite 2.500, Jackson, Mississippi, 39201, and that it must be postmarked no later than July 14, 2017 and that a fairness hearing is set on **August 7, 2017,** at **10:00 a.m.,** at the United States Federal Courthouse, 501 E. Court Street, Jackson, Mississippi, before United States District Judge Henry T. Wingate. I understand that I need not appear at the fairness hearing for the Court to consider my objection or comment. I also understand that before the Court may allow me to speak briefly at the fairness hearing, my written objection or comment must have been received by the Court and be postmarked on or before July 14, 2017.

United States v. Franklin County School District; 3:68-cv-04256-HTW-LRA

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

**EXHIBIT B: OBJECTION OR COMMENT**

My name is Julius Starks Jr. and I am a resident of Franklin County. My objection to or comment about the Franklin County School District's motion is, as of today, the Franklin County School District is not in compliance with the order that was issued in the 1969-1970 ruling, concerning faculty staffing.

Date(s) of incident(s) described above: Presently

Printed Name: Julius Starks Jr.

Signature: Julius Starks Jr.

Address: 4860 Bunkley Rd. S.W., Meadville, MS. 39653

Telephone: Home 601-384-4203; Cell 601-384-0580

**Check as appropriate:**

My race is: ✓ African-American; _____ Caucasian; _____ Other

_____ I have children who now attend the Franklin County School District
✓ I have children who attended the Franklin County School District in the past.
_____ I am a current employee of the Franklin County School District.
_____ I am not currently employed by Franklin County School District but I have been employed there in the past.
_____ I have applied for employment with the Franklin County School District but have never been employed by the District.