

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 17 2017

United States v. Franklin County School District, 3:68-c04256dJJTW-LRA

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## EXHIBIT B: OBJECTION OR COMMENT

I am the only teacher in district who has a video camera in her room. That is monitored by admin. No other teachers have camera. I have been harassed by fellow teachers in district while teaching their students. The harassment details fellow employees soliciting signatures and parent letters to submit to principal + school board. The purpose of these letters were to extract me from the district.

Date(s) of incident(s) described above: Dec 2014, Aug 2013 – present

Printed Name Talina K. Matthews

Signature _Talina K. Matthews_

Address 97 Oat St  POB 183
Bude, MS 39630

Telephone 601·384·0875

### Check as appropriate:

My race is: ✓ African-American; _____ Caucasian; _____ Other

✓ I have children who now attend the Franklin County School District
____ I have children who attended the Franklin County School District in the past.
✓ I am a current employee of the Franklin County School District.
____ I am not currently employed by Franklin County School District but I have been employed there in the past.
____ I have applied for employment with the Franklin County School District but have never been employed by the District.

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## EXHIBIT B: OBJECTION OR COMMENT

Expelled from school for discharging a firearm on school property. Research officer overheard students discussing the incident. Alleged I brought + discharged firearm on school property. In 2001, Cliff and Clint Herring possessed shotgun @ baseball practice, discharged during practice, and no punishment was rendered. Both graduate from high school, (Not sure of the date of Herring Incident)

Date(s) of incident(s) described above: APr 2008 - Easter Break

Printed Name: Jarvis King

Signature: Jarvis King

Address: 58 Goosehollow LN

Bude MS 39630

Telephone: 601-248-4294

**Check as appropriate:**

My race is: ____ African-American; _____ Caucasian; _____ Other

✓ I have children who now attend the Franklin County School District
____ I have children who attended the Franklin County School District in the past.
____ I am a current employee of the Franklin County School District.
____ I am not currently employed by Franklin County School District but I have been employed there in the past.
____ I have applied for employment with the Franklin County School District but have never been employed by the District.