IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUL 17 2017

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                                              Civil Action No. 3:68-cv-04256-HTW-LRA

FRANKLIN COUNTY SCHOOL
DISTRICT, et al.                                             . DEFENDANTS

## OBJECTION OR COMMENT FORM

I wish to make the following objection to or comment about the Franklin County School District's motion for declaration of unitary status and for dismissal of the case. I understand that I must mail my written objection or comment to the United States Federal Courthouse, 501 E. Court Street, Suite 2.500, Jackson, Mississippi, 39201, and that it must be postmarked no later than July 14, 2017 and that a fairness hearing is set on **August 7, 2017,** at **10:00 a.m.,** at the United States Federal Courthouse, 501 E. Court Street, Jackson, Mississippi, before United States District Judge Henry T. Wingate. I understand that I need not appear at the fairness hearing for the Court to consider my objection or comment. I also understand that before the Court may allow me to speak briefly at the fairness hearing, my written objection or comment must have been received by the Court and be postmarked on or before July 14, 2017.

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## EXHIBIT B: OBJECTION OR COMMENT

I object to the notice and the motion for Unitary status from the Franklin County School District. My Grandson who I had guardianship over was in the Franklin County School District from August 2009 until May 2012. I sit in on all of his class quite often during the 3 years I had many encounters with the school systems that I wrote about in my statement on April 1, 2016. My biggest concern was my grandson's State exam in Biology given by Mr Randy Youngblood was tampered with because of personal feelings that caused him not to graduate. (see attached sheet)

Date(s) of incident(s) described above: _____

Printed Name __Willie B. Bailey__

Signature __Willie B. Bailey__

Address __1694 Soale Rd N.W.__
__Roxie, MS 39661__

Telephone __(601) 384-1559__

**Check as appropriate:**

My race is: __✓__ African-American; _____ Caucasian; _____ Other

_____ I have children who now attend the Franklin County School District
__✓__ I have children who attended the Franklin County School District in the past.
_____ I am a current employee of the Franklin County School District.
_____ I am not currently employed by Franklin County School District but I have been employed there in the past.
_____ I have applied for employment with the Franklin County School District but have never been employed by the District.

After my grandson left the school. I heard that Mr. Youngblood was caught grade tampering and was transferred from the High School to the Elementary. The rumor was confirmed because I ran into Mr Youngblood at the Elementary at a meeting I attended there and he told me he was working there. My thought is Anyone else would have been fired not transferred, Especially if they were black.