

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**UNITED STATES OF AMERICA**  PLAINTIFF

v.  Civil Action No. 3:68-cv-04256-HTW-LRA

**FRANKLIN COUNTY SCHOOL
DISTRICT, et al.**  DEFENDANTS

## OBJECTION OR COMMENT FORM

I wish to make the following objection to or comment about the Franklin County School District's motion for declaration of unitary status and for dismissal of the case. I understand that I must mail my written objection or comment to the United States Federal Courthouse, 501 E. Court Street, ~~Suite 2.500~~, Jackson, Mississippi, 39201, and that it must be postmarked no later than July 14, 2017 and that a fairness hearing is set on **August 7, 2017,** at **10:00 a.m.,** at the United States Federal Courthouse, 501 E. Court Street, Jackson, Mississippi, before United States District Judge Henry T. Wingate. I understand that I need not appear at the fairness hearing for the Court to consider my objection or comment. I also understand that before the Court may allow me to speak briefly at the fairness hearing, my written objection or comment must have been received by the Court and be postmarked on or before July 14, 2017.

United States v. Franklin County School District; 3:68-cv-04256-HTW-LRA

The space on this page is for written objection or comment. Attach any additional pages and/or documents supporting your objection or comments to this form.

## EXHIBIT B: OBJECTION OR COMMENT

On June 30, 2017, Randy Youngblood and (the Principle) Susan McGehee stated they both and teachers has had a "behavioral" problem with my son (5th grader) but not one time during that school year (2016-2017) did either one call me about the issues that "they" had with him. Nor did "they" mention it to me during report card pick-up or when I checked my son out of school. It was also stated that "As a Parent" I should already know what is going on with my child/children at school or what he is failing to accomplish at school.

Date(s) of incident(s) described above: _____

Printed Name: Richmund & Jessica Flowers
Signature: Richmond  [signature]
Address: PO Box 343 / 485 Railroad Avenue Bude, MS, 39630
Telephone: 601-384-6074   601-384-6100

**Check as appropriate:**

My race is: ✓ African-American;  ✓ Caucasian; _____ Other

✓ I have children who now attend the Franklin County School District
___ I have children who attended the Franklin County School District in the past.
___ I am a current employee of the Franklin County School District.
___ I am not currently employed by Franklin County School District but I have been
✓ employed there in the past.
✓ I have applied for employment with the Franklin County School District but have never been employed by the District.

They believe that it is because of his behavioral problems that he could not pass his State STAR Test in order to pass the 5th grade. Also my son has a therapist from South West Mental Health come to the school every week to check on him and talk to his teachers again not once was it mentioned about behavioral issues with him. In my opinion, if you all had an issue with my child all school year why not call me or tell his therapist about the attitude, ect. I should have been notified at least once about it so that I could have taken further action. Another thing, every year I make sure that I put down on his registration packet that he has ADHD/ADD which he takes medication for.